**FILED**

NOT FOR PUBLICATION

JUN 24 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICK O. OJO, on behalf of himself and all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>FARMERS GROUP, INC.; FIRE UNDERWRITERS ASSOCIATION; FIRE INSURANCE EXCHANGE; FARMERS UNDERWRITERS ASSOCIATION; FARMERS INSURANCE EXCHANGE,<br><br>Defendants - Appellees. | No. 06-55522<br><br>D.C. No. CV-05-05818-JFW<br><br>**ORDER** |



Before:   KOZINSKI, Chief Judge, RYMER, HAWKINS, GRABER, McKEOWN, W. FLETCHER, GOULD, CLIFTON, M. SMITH, IKUTA, and N.R. SMITH, Circuit Judges.

The parties' stipulated motion to dismiss with prejudice is granted. See Fed. R. App. P. 42(b). Per the parties' agreement, each side shall bear its own costs.

The copy of this order shall act as and for the mandate of this court.